UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VISION LLC and E-VISION
SMART OPTICS, INC.,

      Plaintiffs,

v.                                     Case No:   2:17-cv-15-FtM-99CM

MITSUI CHEMICALS, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiffs' Motion to Seal Complaint and Exhibits (Doc. 1) filed on January 10, 2017.  Plaintiffs seek to file under seal a Complaint and Exhibits 1-4 to the Complaint.  Doc. 1 at 1.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiffs have sufficiently identified and described the document proposed for sealing and sufficiently explained that filing the document under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiffs' Motion to Seal Complaint and Exhibits (Doc. 1) is **GRANTED**.

2. Plaintiffs may file under seal a Complaint and Exhibits 1-4 to the Complaint on or before **January 18, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 11th day of January, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record